IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 20, 2008

Charles R. Fulbruge III
Clerk

No. 07-11061
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

AWUNOR JACKSON IKECHUKWU

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:06-CR-149-ALL

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Awunor Jackson Ikechukwu has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967).  Ikechukwu has filed a response. Our independent review of the record, counsel's brief, and Ikechukwu's response discloses no nonfrivolous issue for appeal.  Accordingly, counsel's motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.